Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rosario Salinas, individually and on behalf of all others similarly situated,** <br><br> Plaintiff, <br><br> vs. <br><br> **STELLAR RECOVERY, INC.,** <br><br> Defendant. | Case No.  4:17-cv-01961-CW <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

    NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter in full, with prejudice and on the merits as to the named Plaintiff Rosario Salinas, and without prejudice as to the putative Class alleged in the Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

    Respectfully submitted this 1st Day of November, 2017,

    By: s/Todd M. Friedman, Esq.
       TODD M. FRIEDMAN
       Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HINSHAW & CULBERTSON LLP
By: s/ Renee C. Ohlendorf, Esq.
Renee C. Ohlendorf
Attorneys for Defendant

Filed electronically on this 1st Day of November, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Claudia Wilken
United States District Court
Northern District of California

And all counsel registered on ECF.

This 1st Day of November, 2017.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN