# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rosario Salinas, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**STELLAR RECOVERY, INC.**,<br><br>Defendant. | Case No. 4:17-cv-01961-CW<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed with prejudice and on the merits as to the named Plaintiff, Rosario Salinas, and without prejudice as to the putative Class as alleged in the Complaint herein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: November 2, 2017

_____
The Honorable Claudia Wilken